HERBERT P. BROWN, Respondent, *v.* JOSEPH J. BYERS,
Appellant.

*Brown* v. *Byers*, 137 App. Div. 925, affirmed.
(Argued February 19, 1912; decided March 5, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered April 5, 1910, affirming a judgment in favor of
plaintiff entered upon a decision of the court on trial at
Special Term in an action to rescind a contract on the
ground of fraud.

*Arthur F. Hansl* for appellant.

*Charles H. Tuttle, Julien T. Davies, Jr.,* and *Harold
C. McCollom* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN,
WERNER, HISCOCK and COLLIN, JJ.

---

ATHOLE B. READER, Appellant, *v.* JAMES B. HAGGIN,
Respondent.

*Reader* v. *Haggin*, 139 App. Div. 932, affirmed.
(Argued February 19, 1912; decided March 5, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered July 12, 1910, affirming a judgment in favor of
defendant entered upon a verdict in an action to recover
upon an alleged contract.

*Charles L. Craig* and *John B. Stanchfield* for appellant.

*Allan McCulloh* and *Clifton P. Williamson* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN,
WERNER, HISCOCK and COLLIN, JJ.